IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>WILLIAM D. WILDER,<br><br>                Defendant. | 8:21CR206<br><br>ORDER ON APPEARANCE FOR<br>SUPERVISED RELEASE VIOLATION |

The defendant appeared before the Court on November 1, 2024 regarding Amended Petition for Offender Under Supervision [71]. Kelly Steenbock represented the defendant. Joseph Meyer represented the government on behalf of Matt Lierman. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

The government made an oral motion to dismiss Petition for Offender Under Supervision [67]. The government's oral motion to dismiss Petition for Offender Under Supervision [67] is granted without objection.

The defendant is being released pending a final dispositional hearing. Therefore, the defendant does not have a right to a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The Court finds the petition sets forth probable cause to believe the defendant violated the terms of supervised release. The defendant shall appear personally for a final dispositional hearing before U.S. District Judge Brian C. Buescher in Courtroom No. 5, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on December 19, 2024.

The government did not move for detention. The defendant shall be released on the current terms and conditions of supervision, and two added conditions stated on the record.

**IT IS SO ORDERED**.

Dated this 1st day of November, 2024.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge