IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>WILLIAM D. WILDER,<br><br>                  Defendant. | **8:21-CR-206**<br><br>**ORDER FOR DISMISSAL** |

    This matter is before the Court on the Government's Motion to Dismiss, Filing 76, the Amended Petition for Warrant or Summons for Offender Under Supervision, Filing 71. The Court finds the motion should be granted. Accordingly,

    1. The United States' Motion to Dismiss, Filing 76, is granted and the Amended Petition for Warrant or Summons for Offender Under Supervision, Filing 71, is dismissed.

    Dated this 28th day of January, 2025.

                                                               BY THE COURT:

                                                               Brian C. Buescher
                                                               United States District Judge