IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>WILLIAM D. WILDER,<br><br>               Defendant. | 8:21-CR-206<br><br><br>**ORDER STAYING MAGISTRATE JUDGE'S RELEASE ORDER** |

      This matter is before the Court on the Government's Motion for Emergency Stay and Review of Release Order. Filing 111. Among other things, the Government asks the Court to stay the United States Magistrate Judge's order, Filing 108, releasing defendant William D. Wilder to residential treatment pending final disposition of alleged supervised release violations. The Government requests a stay of the magistrate judge's order while the Court conducts a *de novo* review in consideration of the Government's request that the defendant's release be revoked. Filing 111 at 7. Citing the defendant's lengthy criminal history and multiple prior "failures to appear," the Government maintains that the defendant is both a flight risk and a danger to the community and has not overcome the rebuttable presumption of detention pursuant to 18 U.S.C. § 3143(a). Filing 111 at 5–6.

      To allow the Court time to conduct its *de novo* review of the magistrate judge's December 11, 2025, order granting the defendant release to participate in residential treatment pending final disposition of alleged supervised release violations, that order will be stayed pending the Court's

1

ruling on the Government's Motion for Emergency Stay and Review of Release Order. *See* 18 U.S.C. § 3145(a)(1). Accordingly,

IT IS ORDERED:

1. The Magistrate Judge's December 11, 2025, order granting defendant William D. Wilder release is stayed pending this Court's ruling on the Government's Motion for Emergency Stay and Review of Release Order, Filing 111;

2. Defendant William D. Wilder shall be detained pending further order of the Court;

3. Counsel for defendant William D. Wilder shall have until 12:00 p.m. CDT on Tuesday, December 16, 2025, to file a written response to the Government's Motion for Emergency Stay and Review of Release Order; and

4. The Court will determine whether a hearing on the Government's Motion is required at a later date.

Dated this 12th day of December, 2025.

BY THE COURT:

Brian C. Buescher
United States District Judge